U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
JAN 28 2010
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:10CR00019-BRW |
| ) | |
| JAMES DIEMER ) | |

## INFORMATION

THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF ARKANSAS CHARGES THAT:

### COUNT 1

1. At all times material to this Information:

   A. The defendant, JAMES DIEMER, was an employee of the Pulaski County Special School District, and had purchasing authority on behalf of them;

   B. The Pulaski County Special School District was a government entity of the State of Arkansas;

   C. From 2004 through May 2009, the Pulaski County Special School District received federal funding through grants and other sources in excess of $10,000 in any one calendar year;

2. From a time before 2004 through in or about May 2009, in the Eastern District of Arkansas,

### JAMES DIEMER

being an agent of the Pulaski County Special School District, stole and otherwise without authority knowingly converted to his own use property worth at least $5,000 and belonging to and under the control of the Pulaski County Special School District.

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

(Signature page attached)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA    )
                            )
            v.              )    4:10CR00019-01-WRW
                            )
JAMES DIEMER                )

## INFORMATION

United States Attorney
JANE W. DUKE

By MICHAEL D. JOHNSON
Senior Legal Advisor
Bar # 5214
P. O. Box 1229
Little Rock, Arkansas 72203
501/340-2614