IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:10-CR-00019-01 WRW |
| | ) | |
| JAMES DIEMER | ) | |

**JAMES DIEMER'S MOTION FOR RECONSIDERATION**

Comes now James Diemer and for his Motion for Reconsideration states the following:

1. Mr. Diemer appeared before the Court on June 18, 2010, for sentencing.

2. After a presentation of exhibits and witnesses the Court sentenced Mr. Diemer to 18 months at the Federal Bureau of Prisons – recommending non-residential substance abuse treatment and the facility in Springfield, Missouri.

3. Mr. Diemer was allowed to self-report on August 2, 2010.

4. Mr. Diemer continues to participate in drug treatment and counseling.

5. Due to the nature and length of addiction to prescription medication Mr. Diemer would like to participate in a residential substance abuse program.

6. Mr. Diemer would benefit from a residential substance abuse treatment facility.

7. Mr. Diemer respectfully requests that the Court amend the Judgment to reflect a recommendation of residential substance abuse treatment.

8. Because of the length of the sentence, Mr. Diemer requests that he be allowed to report to the facility (residential treatment if granted) once a bed space becomes available.

9.  Michael Johnson has no objection to this request.

WHEREFORE, for the reasons set forth herein, it is respectfully requested that the Court recommend a residential substance abuse treatment facility with self reporting once a bed space is available.

> RESPECTFULLY SUBMITTED,
>
> /s/ Charles D. Hancock  AR BAR NO. 2001022
> Charles D. Hancock
> Hancock, Lane & Barrett PLLC
> 610 East 6th Street
> Little Rock, Arkansas 72202
> 501.372.6400
> hancock@hlblawfirm.com

## Certificate of Service

On the 28th day of June 2010, a copy of this document was delivered to Assistant United States Attorney, Michael D. Johnson via the ECF/CM to:

Michael.Johnson3@usdoj.gov

> /s/ Charles D. Hancock  AR BAR NO. 2001022
> Charles D. Hancock